**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Heriberto LATIGO, Defendant–**
**Appellant.**

**No. 15–20386**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Federico Reynal, Stradley, Davis & Reynal, L.L.P., Houston, TX, for Defendant–Appellant.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Heriberto Latigo appeals from the district court's denial of his motion to revoke the magistrate judge's order of detention pending his trial on criminal stalking charges. *See* 18 U.S.C. §§ 3142, 3145. Under Rule 9(a)(1) of the Federal Rules of Appellate Procedure, a "district court must state in writing, or orally on the record, the reasons for an order regarding the release or detention of a defendant in a criminal case." To date, the district court has not given its reasons for denying Latigo's motion. Accordingly, IT IS ORDERED that this matter is REMANDED to the district court for the limited purpose of obtaining written reasons for the denial of Latigo's motion to revoke the order of detention.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

